# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANCO SICILIANO, et al** | : | **CIVIL ACTION** |
| **v.** | : | |
| **CITY OF PHILADELPHIA, et al** | : | **NO. 09-5270** |

## ORDER

**AND NOW**, this 3rd day of August, 2010, upon consideration of the Plaintiffs' Motion for Leave to File Amended Complaint *Nunc Pro Tunc* (Document No. 22), the defendants' response, and after oral argument, it is **ORDERED** that the motion is **GRANTED**, and the plaintiffs are granted leave to file an amended complaint.

    /Timothy J. Savage
TIMOTHY J. SAVAGE, J.